IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AUSTIN DONALDSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 618-129 |
| CITY OF BROOKLET; JOHN BAKER; and LAWRENCE MEYER, III, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the Parties' Stipulation of Dismissal. (Doc. 21.) Plaintiff and all Defendants consented to the stipulation of dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA